UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO.:

**Nosleidy Ramirez,**
**other similarly-situated individuals,**

        **Plaintiff(s),**

vs.

**Coral Home Care, Inc., and**
**Teresa Avellaneda.**
        **Defendants.**
_____/

## COMPLAINT
(OPT-IN PURSUANT TO 29 U.S.C § 216(B))

The Plaintiff, Nosleidy Ramirez, by and through the undersigned counsel, sues the Defendants and allege:

1. This is an action to recover money damages for unpaid wages under the laws of the United States. This Court has jurisdiction pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201-219 (Section 216 for jurisdictional placement)("the Act").

2. Plaintiff, Nosleidy Ramirez is a resident of Miami-Dade County, Florida, within the jurisdiction of this Honorable Court. Plaintiff is a covered employee for purposes of the Act.

3. Defendants, Coral Home Care, Inc. and Teresa Avellaneda, is a Florida Profit incorporation and a Florida resident, respectively, having their main place of business in Miami-Dade County, Florida, where Plaintiff worked for Defendants, and at all times material hereto were and are engaged in interstate commerce. The individual Defendants reside in Miami-Dade County, Florida.

4. The Plaintiff, Nosleidy Ramirez, is an Occupational Therapist Assistant employees who performed various duties which included: following therapy plan assigned by

occupational therapists and assisting in physical therapy, and, through her business activity, affect interstate commerce. The Plaintiffs' work for the Defendants likewise affects interstate commerce. Defendants employed plaintiff as an Occupational Therapist Assistant employed by Coral Home Care, Inc. and Teresa Avellaneda.

5. While employed by Defendants, the Defendants failed to pay the Plaintiff, Nosleidy Ramirez for 2.5 pay period.

6. Prior to the completion of discovery and to the best of Plaintiff's, Nosleidy Ramirez, knowledge, at the time of the filing of this complaint, **Plaintiff's, good faith estimate of unpaid wages** are as follows:

**Actual Damages** plus interest, representing the amount of unpaid wages on a bi-weekly basis as follows:

- Pay period one (pay period ending March 18, 2016): Plaintiff worked 80 hours ($40.00 per hour) of unpaid wages for a total amount due of $3,200.00.

- Pay period two (pay period ending April 1, 2016): Plaintiff worked 80 hours ($40.00 per hour) of unpaid wages for a total amount due of $3,200.00.

- Pay period two (pay period ending April 15, 2016): Plaintiff worked 30 hours ($40.00 per hour) of unpaid wages for a total amount due of $1,200.00.

THEREFORE, the Plaintiff is owed a total of $7,600.00 in unpaid wages.

**Liquidated Damages** representing an equal amount in double damages/liquidated damages of: $7,600.00.

**TOTAL DAMAGES: $15,200.00 plus reasonable attorney's fees and costs of suit**.

# COUNT I: FAILURE TO PAY
# VIOLATION BY CORAL HOME CARE INC.
# AND TERESA AVELLANEDA

7. Plaintiffs re-adopts each and every factual allegation as stated in paragraphs 1 through 6 above as if set out in full herein.

8. At all times material hereto, the Defendants, Coral Home Care, Inc. and Teresa Avellaneda, failed to comply with Title 29 U.S.C. §§201-219 and 29 C.F.R. and § 516.2 and §516.4 et seq. in that the Plaintiff, Nosleidy Ramirez performed services and no provision was made by the Defendants to properly pay her as required by the act. The additional persons who may become Plaintiffs in this action were weekly paid employees and/or former employees of the Defendants, Coral Home Care, Inc. and Teresa Avellaneda, who are and who were subject to the unlawful payroll practices and procedures of the Defendants.

9. The Defendants, Coral Home Care, Inc. and Teresa Avellaneda, knew and/or showed reckless disregard for the provisions of the Act concerning the payment of wages required by the Fair Labor Standards Act (FLSA) and remain owing the Plaintiff, Nosleidy Ramirez, unpaid wages as set forth above.

10. The Plaintiff, Noseleidy Ramirez is entitled to recover double damages. Defendants, Coral Home Care, Inc. and Teresa Avellaneda never posted any notice, as required by the Fair Labor Standards Act (FLSA) and Federal Law, to inform employees of their federal rights to minimum wage payments.

11. The Defendants, Coral Home Care, Inc. and Teresa Avellaneda willfully and intentionally refused to pay the Plaintiff, Nosleidy Ramirez wages as required by the law of the United States as set forth above and remains owing Plaintiff these unpaid wages since March 2016.

12. The Plaintiff, Nosleidy Ramirez have retained the law offices of the undersigned attorney to represent them in this action and are obligated to pay reasonable attorney's fee.

13. The Defendants, Coral Home Care, Inc. and Teresa Avellaneda, have violated the FLSA's prompt payment requirement by failing to pay Plaintiff, Nosleidy Ramirez promptly.

14. The Defendants, Coral Home Care, Inc. and Teresa Avellaneda violation of FLSA provisions concerning prompt, regular payment of wages were willful.

15. The Defendants, Coral Home Care, Inc. and Teresa Avellaneda knew and/or showed reckless disregard for the provisions of the FLSA and its regulations concerning prompt, regular payment of wages.

16. The Plaintiff, Nosleidy Ramirez is entitled to recover liquidated damages in an amount equal the actual damages for Defendants' FLSA violation.

## **PRAYER FOR RELIEF**

**WHEREFORE**, Plaintiff and those similarly-situated request that this Honorable Court:

A. Enter judgment for Plaintiffs and other similarly-situated individuals and against the Defendants, **Coral Home Care, Inc. and Teresa Avellaneda** on the basis of Defendants' willful violations of the Fair Labor Standards Act, 29 U.S.C. § 201 et seq. and other Federal Regulations; and

B. Award Plaintiffs actual damages in the amount shown to be due for unpaid wages and with interest; and

C. Award Plaintiffs an equal amount in double damages/liquidated damages; and

D. Award Plaintiffs reasonable attorneys' fees and costs of suit; and

E. Grant such other and further relief as this Court deems equitable and just and/or available pursuant to Federal Law.

## **JURY DEMAND**

Plaintiff and those similarly-situated individuals demand trial by jury of all issues triable as of right by jury.

>
> Respectfully submitted,
>
> **JARA & ASSOCIATES, P.A.**
> 19 West Flagler Street, Suite 504
> Miami, Florida 33130
> Telephone: (305) 372-0290
> Facsimile: (305) 675-0383
> E-filing: info@jaralaw.com
>
>
> By: /s/ Franklin A. Jara_____
>     Franklin Antonio Jara, Esq.
>     Fla. Bar No. 636681